

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00388-CV

**IN RE HECKMANN WATER RESOURCES (CVR), INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed: August 27, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator Heckmann Water Resources (CVR), Inc. filed this petition for writ of mandamus on May 30, 2014. Relator has now filed an agreed motion to dismiss the petition for writ of mandamus. According to the agreed motion, the parties have reached a settlement agreement in the underlying cause which has rendered the issues raised in the mandamus petition moot. We, therefore, grant relator's motion and dismiss the petition for writ of mandamus as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12-06-11697-DCVCLM, styled *Jose Luis Aguilar, Individually; Eudelia Aguilar, Individually; Vanessa Arce, Individually; Eudelia Aguilar and Vanessa Arce as Personal Representatives of the Estate of Carlos Aguilar; Clarissa Aguilar as Next Friend of Carlos Aguilar Jr.; Alyssa Nicole Aguilar; Andrew Aguilar; Marcus Aguilar; Kaylee Aguilar; Elsa Quinones as Next Friend of Karime Aguilar and Carla Aguilar v. Heckmann Water Resources (CVR), Inc. and Ruben Osorio Gonzalez*, pending in the 293rd Judicial District Court, Dimmit County, Texas, the Honorable Cynthia L. Muniz presiding.